No. 84–6207. SOLOMON *v.* HARRIS, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–6208. WILLIAMS *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH CO. C. A. 11th Cir. Certiorari denied.

No. 84–6225. PROVOW *v.* MINTZES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 84–6243. BETKA *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 9th Cir. Certiorari denied.

No. 84–6281. LOTT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–6282. GONZALEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–6291. RODRIGUEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 84–6323. FABIAN *v.* RYAN. C. A. 11th Cir. Certiorari denied.

No. 84–6330. JAQUES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 84–6334. KARABINAS *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 84–1047. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS *v.* SMITH. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 84–1099. SOUTHWEST SECURITY EQUIPMENT CORP. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Motion of National Right to Work Legal Defense Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 84–1110. 40 EASTCO *v.* CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied. JUSTICE MARSHALL took no part in the consideration or decision of this petition.*